OLDHAM

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR. No. 2+201172-SHL |
| ) | |
| v. ) | 18 U.S.C. § 922(g)(1) |
| ) | 18 U.S.C. § 922(o) |
| LADARRIUS DEVONTE BECTON, ) | 18 U.S.C. § 924(a)(2) |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about June 8, 2021, in the Western District of Tennessee and elsewhere, the defendant,

**LADARRIUS DEVONTE BECTON**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that being a Glock Model 19 9mm caliber firearm, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2

On or about June 8, 2021, in the Western District of Tennessee and elsewhere, the defendant,

**LADARRIUS DEVONTE BECTON**

did knowingly possess a machinegun, that being a Glock Model 19 9mm caliber firearm, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g) set forth in Count 1 and the offense in violation of Title 18, United States, Section 922(o) set forth in Count 2 of this Indictment, the defendant, Ladarrius Devonte Becton, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

- a Glock Model 19 9mm caliber firearm bearing serial number VFC220, ammunition, and magazines;

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

**A TRUE BILL:**

_____
**FOREPERSON**

DATED: _____

_____
**JOSEPH C. MURPHY, JR.**
**ACTING UNITED STATES ATTORNEY**